UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DARRYL EDWARD CHANEY,

    Petitioner,                                      Case No. 1:12-cv-1058

v.                                            HON. JANET T. NEFF

CARMEN D. PALMER,

    Respondent.
_____/

**ORDER**

This is a habeas corpus petition filed pursuant to 28 U.S.C. § 2254.  The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on June 2, 2014, recommending that this Court deny the petition.  The Report and Recommendation was duly served on the parties.  No objections have been filed, see 28 U.S.C. § 636(b)(1), and the Court issues this Order.  The Court will also issue a Judgment in this § 2254 proceeding.  *See Gillis v. United States*, 729 F.3d 641, 643 (6th Cir. 2013) (requiring a separate judgment in habeas proceedings).

**THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge (Dkt 23) is APPROVED and ADOPTED as the Opinion of the Court and the petition for habeas corpus relief (Dkt 1) is DENIED for the reasons stated in the Report and Recommendation.

**IT IS FURTHER ORDERED** that a certificate of appealability pursuant to 28 U.S.C. § 2253(c) is DENIED as to each issue asserted.  *See* RULES GOVERNING § 2254 CASES, Rule 11 (requiring the district court to "issue or deny a certificate of appealability when it enters a final order").  Petitioner has not demonstrated that reasonable jurists would find the Court's rulings

debatable or wrong.  *Slack v. McDaniel*, 529 U.S. 473 (2000); *Murphy v. Ohio*, 263 F.3d 466, 466-67 (6th Cir. 2001).

Dated: June 30, 2014               /s/ Janet T. Neff
                                                      JANET T. NEFF
                                                      United States District Judge